**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| KENDALL HARLSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01965-TWP-MKK |
| | ) |
| THE GOVERNMENT EMPLOYEES | ) |
| INSURANCE COMPANY (GEICO), | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**. This action is **dismissed** without prejudice.

Date: 4/24/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

KENDALL HARLSON
1734 East 73rd Street
Indianapolis, IN 46240